UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

NATHEN DWAYNE BAKER,

            Plaintiff,

   v.

UNITED STATES DISTRICT COURT, *et al.*,

            Defendants.

Case No. C23-1417 RSM

ORDER

Having reviewed Plaintiff Nathen Dwayne Baker's application to proceed *in forma pauperis* ("IFP") (Dkt. #1), the Report and Recommendation of the Honorable Michelle L. Peterson, United States Magistrate Judge, any objections or responses to that, and the remaining record, the Court finds and ORDERS:

(1) The Court ADOPTS the Report and Recommendation.

(2) Plaintiff's IFP application (dkt. # 1) is DENIED. Plaintiff is directed to pay the applicable filing fee within **thirty (30) days** of the date this Order is signed. If Plaintiff fails to pay the fee, the Clerk is directed to close the file.

(3) The Clerk is directed to send copies of this Order to the parties and to Judge Peterson.

DATED this 15th day of September.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

ORDER - 1